MHN

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS PENSION, HEALTH AND WELFARE, DEFERRED SAVINGS, APPRENTICESHIP, SCHOLARSHIP AND JOINT COOPERATION TRUST FUNDS, <br><br> Plaintiff, <br><br> v. <br><br> DESTINY DECORATORS, INC., an Illinois Corporation, <br><br> Defendant. | No. 07 CV 4236 <br><br> District Judge Joan Humphrey Lefkow <br><br> Magistrate Judge Morton Denlow |

## NOTICE OF FILING

**FILED**
J N
DEC X 3 2007
12-3-2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

To: James R. Anderson, Esq. & Anthony B. Sanders, Esq.
Arnold and Kadjan
19 West Jackson Boulevard, Suite 300
Chicago, Illinois 60604-3910
via telefacsimile to 312-341-0438

Please take notice that Defendant has, this date, submitted Defendant's Answer to the Complaint, a copy of which is hereby served upon you.

_____
One of Respondent's Attorneys

## CERTIFICATE OF SERVICE

The undersigned, an attorney, on oath state that I served the foregoing on behalf of the above-signed attorney, by telefacsimile and via first class U.S. mail, prepaid. I further state that I caused courtesy copies to be delivered to the judge and magistrate judge listed above.

By: _____
David A Miller

ÁVILA & TOMIC, LLC
227 West Monroe Street, Suite 2000
Chicago, Illinois 60606-5040
telephone: 312-762-5928, telefacsimile: 312-762-5929

1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION



| | |
|---|---|
| TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS PENSION, HEALTH AND WELFARE, DEFERRED SAVINGS, APPRENTICESHIP, SCHOLARSHIP AND JOINT COOPERATION TRUST FUNDS, <br><br> Plaintiff, <br><br> v. <br><br> DESTINY DECORATORS, INC., an Illinois Corporation, <br><br> Defendant. | No. 07 CV 4236 <br><br> District Judge Joan Humphrey Lefkow <br><br> Magistrate Judge Morton Denlow |

## ANSWER

Defendant Destiny Decorators (hereinafter, "Defendant"), by and through its attorneys, Ávila & Tomic, LLC, respond to Plaintiff's Complaint as follows:

## COUNT I

1. Paragraph 1 of the Complaint constitutes conclusions of law.

2. Paragraph 2 of the Complaint constitutes conclusions of law.

3. a. Defendant is without basis to admit or deny the facts alleged in Paragraph 3.a of the Complaint regarding the identity of Plaintiff. The remainder of Paragraph 3.a constitutes conclusions of law.

   b. Defendant is without basis to admit or deny the facts alleged in Paragraph 3.b of the Complaint regarding the purpose of Plaintiff.

2

    c.    Paragraph 3.c of the Complaint constitutes conclusions of law.

4.    a.    Defendant admits the facts alleged in Paragraph 4.a of the Complaint.

    b.    Defendant admits the facts alleged in Paragraph 4.b of the Complaint.

5.    Defendant admits the facts alleged in Paragraph 5 of the Complaint.

6.    Defendant admits the facts alleged in Paragraph 6 of the Complaint. Defendant counter-alleges that Plaintiff violated the subject terms of the agreements by failing to timely provide copies of Plaintiff's audit to Defendant's accountants for analysis and rebuttal.

7.    Defendant denies the facts alleged in Paragraph 7 of the Complaint. To the extent that Plaintiff claims a higher contribution was due than was contributed by Defendant, the basis of Plaintiff's claim rests upon erroneous job classifications and erroneous periods of employment.

8.    With regard to Plaintiff's prayer A, Defendant states that Defendant has complied with all required audit procedures, and that, moreover, the period of records Defendant prays the court will order audited exceed the relevant time period.

## COUNTERCLAIM

9.    Plaintiff has systemically harassed Defendant and made unreasonably repetitious demands for audit in excess of the terms of the agreements between Plaintiff and Defendants, resulting in undue burden and costs to Defendant. Defendant reserves the right to elaborate and present specific monetary values upon analysis and review.

3

10. Plaintiff has systemically harassed Defendant through Plaintiff's representatives visiting job sites and sowing discontentment among Defendant's employees and other contractors on-site. Defendant reserves the right to elaborate and present specific monetary values upon analysis and review.

11. Plaintiff has systemically harassed Defendant by engaging in a pattern of repetitive litigation and quasi-litigation. Defendant reserves the right to elaborate and present specific monetary values upon analysis and review.

WHEREFORE, Plaintiff respectfully prays this honourable Court:

a. Enter a judgement in favour of Defendant

b. Order Plaintiff to compensate Plaintiff in amount equal to the value of Plaintiff's wrongful damage to Defendant.

c. Enjoin Plaintiff from further violation of the terms of the agreements between Plaintiff and Defendant.

d. Order Plaintiff to compensate Defendant for costs, including reasonable attorneys' fees.

e. Grant Defendant such further relief as this honourable Court deems proper.

4

Respectfully submitted,

DESTINY DECORATORS,


By: /s/ Frank B. Ávila
    One of Its Attorneys

Ávila & Tomic, LLC
227 West Monroe Street, Suite 2000
Chicago, Illinois 60606-5040
312-762-5928 telephone
312-762-5929 telefacsimile